UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDERY HERRERA,

                    Plaintiff,

          - against -

THE NEWS INC.,

                    Defendant.

---

26-cv-765 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **April 29, 2026.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:      New York, New York
            January 29, 2026

                              _____
                                      John G. Koeltl
                              United States District Judge