UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EDERY HERRERA,

                Plaintiff,

    - against -

THE NEWS INC.,

                Defendant.
_____

26-cv-765 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the defendant to respond to the complaint is extended to **May 11, 2026.** The plaintiff is directed to serve a copy of this Order on the defendant by **April 27, 2026,** and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           April 22, 2026

                          _____
                          John G. Koeltl
                United States District Judge