UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDERY HERRERA,

                        Plaintiff,                        26-cv-765 (JGK)

        - against -                                       <u>Order</u>

THE NEWS, INC.,

                        Defendant.

---

**John G. Koeltl, District Judge:**

        The parties are directed to submit a Rule 26(f) report by **July 10, 2026**.

**SO ORDERED.**

Dated:      New York, New York
            June 26, 2026

                                                _____
                                                      John G. Koeltl
                                                United States District Judge